UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- x
SILVIA LORENZ                              :
                      Plaintiff,   :   Case No. 3:02cv2277(PCD)
                      – against –   :
                         :   December 9, 2003
GUARDIAN LIFE INSURANCE COMPANY OF  :
AMERICA and BERKSHIRE LIFE INSURANCE :
COMPANY OF AMERICA                         :
                      Defendants.  :
------------------------------------------------------------- x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties to this action, that plaintiff's claims are hereby dismissed, with prejudice, and without costs to any party.

BEGOS & HORGAN, LLP

By: _____
    Patrick W. Begos (ct19090)
Attorneys for Defendants
327 Riverside Avenue
Westport, CT 06880
(203) 226-9990

BENJAMIN & GOLD

By: _____
    Daniel A. Benjamin, Esq. (ct07512)
Attorneys for Plaintiff
350 Bedford Street
Stamford, CT 06901
(203)-425-8500