2CV2277STIP



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- x

SILVIA LORENZ

              Plaintiff,

   – against –

GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA and BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA

              Defendants.

------------------------------------------------------------- x

Case No. 3:02cv2277(PCD)

December 9, 2003

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for all parties to this action, that plaintiff's claims are hereby dismissed, with prejudice, and without costs to any party.

| BEGOS & HORGAN, LLP | BENJAMIN & GOLD |
|---|---|
| By: /s/ Patrick W. Begos (ct19090) | By: /s/ Daniel A. Benjamin, Esq. (ct07512) |
| Attorneys for Defendants | Attorneys for Plaintiff |
| 327 Riverside Avenue | 350 Bedford Street |
| Westport, CT 06880 | Stamford, CT 06901 |
| (203) 226-9990 | (203)-425-8500 |



ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ DEPUTY CLERK